■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON CLAYTON, Appellant. [726 NYS2d 282] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered January 28, 2000, convicting him of criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally

insuffic⸱        ⸱blish his guilt is unpreserved for appellate review⸱        ⸱notion for dismissal was general in nature (*see, Pe⸱        inson,* 251 AD2d 354; *People v Udzinski,* 146 AD2d 24⸱        ⸱ny event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J. P., S. Miller, Feuerstein and Schmidt, JJ., concur.